[No. 69303-4-I. Division One. December 23, 2013.]

DAVID MURESAN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 12-2-00409-3, Vickie I. Churchill, J., entered September 4, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 69338-7-I. Division One. December 23, 2013.]

DEBRA FULWILER, *Appellant*, v. ARCHON GROUP, LP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-30324-1, Monica J. Benton, J., entered September 14, 2012. *Reversed* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 69346-8-I. Division One. December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO TEJEDA LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00730-1, Marybeth Dingledy, J., entered July 19, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 69386-7-I. Division One. December 23, 2013.]

*In the Matter of the Personal Restraint of* STEVEN J. FERGUSON, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.